UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SABRIE BALDWIN ) | |
| ) | No. 2:14-0063 |
| v. ) | Judge Sharp |
| ) | |
| AMSI GROUP CORP, TT OF F. ) | |
| COOKEVILLE, et al., ) | |

**O R D E R**

Pending before the Court is a Joint Motion to Continue Initial Case Management Conference (Docket No. 11). The parties are requesting the conference to be continued while the parties pursue arbitration.

The motion is GRANTED, and the initial case management conference scheduled for October 6, 2014, is hereby cancelled.

The matter is hereby ADMINISTRATIVELY CLOSED. Upon application and notification to the Court that the parties wish to resume proceedings in this Court, the action will be reopened.

IT IS SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE